# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------x
MARLON HENRY,

Plaintiffs,

-against-

UNITED PARCEL SERVICE GENERAL SERVICES CO.,

Defendant.
---------------------------------------------------------------x

Index#:
Date Filed:
Plaintiff designates
COUNTY OF KINGS
as the place of trial

Basis of venue is
Plaintiff's Address

**SUMMONS**

Plaintiff's address
706 Linden Blvd., Apt. 2
Brooklyn, NY 11203

COUNTY OF KINGS

To the above named Defendant

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Flushing, New York
September 11, 2025

THE ORLOW FIRM
By: Brian S. Orlow
Attorney for Plaintiff
OFFICE & P.O. ADDRESS
71-18 Main Street
Flushing, NY 11367
(718) 544-4100

DEFENDANTS' ADDRESSES:

UNITED PARCEL SERVICE GENERAL SERVICES CO.
c/o Secretary of State
55 Glenlake Parkway, NE
Atlanta, GA 30328

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------X
MARLON HENRY,

Plaintiffs,

**VERIFIED COMPLAINT**

-against-

UNITED PARCEL SERVICE GENERAL SERVICES CO.,

Defendant.
-----------------------------------X

Plaintiff, by his attorney, THE ORLOW FIRM, complaining of the Defendant, respectfully alleges upon information and belief:

1. That at all times herein Plaintiff was and still is a resident of the County of Kings, City and State of New York.

2. That at all times hereinafter mentioned, the Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., was and still is a Foreign Business Corporation organized and existing under and by virtue of the laws of the State of Delaware.

3. The Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., was the owner of the premises designated as JFK UPS Building 86, County of Queens, City and State of New York, on or about October 11, 2024.

4. The Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., was the lessee of the premises designated as JFK UPS Building 86, County of Queens, City and State of New York, on or about October 11, 2024.

5. At all times hereinafter mentioned, Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., was in control of the premises located at JFK UPS Building 86, County of Queens, State of New York and the common areas thereon.

6. The Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., was the owner of the Wollard TML-704 Mobile Lift located at JFK UPS Building 86, County of Queens, City and State of New York, on or about October 11, 2024.

7. At all times herein, the Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., managed, operated and maintained the Wollard TML-704 Mobile lift located at JFK UPS Building 86, County of Queens, State of New York.

8. That at all times hereinafter mentioned, Plaintiff, MARLON HENRY was employed by Ground Services International.

9. That the Plaintiff, MARLON HENRY, was lawfully at the said premises of the Defendant while acting within the course of his employment and in the performance of his duties.

10. It was the duty of the Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., to use reasonable care in the conduct and maintenance of the Wollard TML-704 Mobile lift located at JFK UPS Building 86, and County of Queens, State of New York.

11. That on or about the 11th day of October, 2024, at approximately 6:00 A.M., the Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., disregarded its duty and negligently and carelessly permitted a defective dangerous condition to exist leaving the Wollard TML-704 in an unsafe and dangerous condition, which further constituted a trap and nuisance thereat.

12. That on or about the 11th day of October, 2024, at about 6:00 A.M., Plaintiff, while acting within the course of his employment and in the performance of his duties, was at JFK UPS Building 86, County of Queens, City and State of New York, and was working on the Wollard TML-704 Mobile lift, when owing to the negligence of the Defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., in causing and/or permitting a defective condition to exist, Plaintiff was caused to be injured when, Plaintiff fell causing him to suffer and sustain the injuries hereinafter alleged.

13. That the aforesaid occurrence was caused solely and wholly by reason of the carelessness and negligence of the defendant, UNITED PARCEL SERVICE GENERAL SERVICES CO., herein and without any negligence on the part of plaintiff contributing thereto.

14. At all the times herein, Defendant, their agents, servants and/or employees had actual knowledge and notice of the aforesaid dangerous and hazardous condition, and/or the same existed for such a length of time prior to the occurrence herein, that they could and should have had such knowledge and notice.

15. That by reason of the foregoing occurrence, MARLON HENRY, suffered severe, serious and upon information and belief, permanent injuries.

16. That Defendant, caused and created the condition leading to this occurrence and launched the instrument of harm which led to this occurrence.

17. That by reason of the negligence of the Defendant as aforesaid, the Plaintiff has been damaged in an amount which exceeds the jurisdictional limits of all other courts which would otherwise have jurisdiction.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount which exceeds the jurisdictional limits of all other courts which would otherwise have jurisdiction.

Dated: Flushing, New York
September 11, 2025

THE ORLOW FIRM
By: Brian S. Orlow
Attorney for Plaintiff
OFFICE & P.O. ADDRESS
71-18 Main Street
Flushing, NY 11367
(718) 544-4100

Re: Henry, M.

**ATTORNEY VERIFICATION**

I , the undersigned, an attorney admitted to practice in the Courts of New York State, state that I am the attorney of record for the Plaintiff in the within action; I have read the foregoing **SUMMONS AND COMPLAINT** and know the contents thereof, the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by the Plaintiff is that the Plaintiff currently resides in a County other than the County in which our office is located. The grounds of my belief as to all matters not stated upon my own knowledge are as follows: Information based on our office file.

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated: Flushing, New York
September 11, 2025

BRIAN S. ORLOW

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

MARLON HENRY,

Plaintiffs,

-against-

UNITED PARCEL SERVICE GENERAL SERVICES CO.,

Defendants.

---

SUMMONS & VERIFIED COMPLAINT

---

THE ORLOW FIRM
OFFICE & P.O. ADDRESS
71-18 Main St
Flushing, N.Y. 11367
(718) 544-4100

---

---